IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DANIEL THOMAS IMMANUEL RENEE CLINE,  )  ) ) Plaintiff, ) ) v. ) ) LEE COUNTY DETENTION ) CENTER, et al., ) ) Defendants. ) | CIVIL ACTION NO. 3:23cv289-MHT (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining of discriminatory harassment and unsanitary conditions of confinement. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to obey a court order. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of June, 2023.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE