IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DANIEL THOMAS IMMANUEL    )
RENEE CLINE,              )
                          )
     Plaintiff,           )
                          )    CIVIL ACTION NO.
     v.                   )      3:23cv289-MHT
                          )          (WO)
LEE COUNTY DETENTION      )
CENTER, et al.,           )
                          )
     Defendants.          )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order.

(3) The application to proceed in forma pauperis (Doc. 2) is denied as moot.

No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 28th day of June, 2023.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**